UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

William S. Wanago, M.D.

Plaintiff,

-v-

CVS Caremark Corporation

Defendant.

Case No._____

**Rule 7.1 Statement**

07 CIV 9829 JUDGE KAPLAN

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

PLAINTIFF (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

RECEIVED NOV 0 6 2007 U.S.D.N.Y. CASHIERS

Date: November 6 2007

Signature of Attorney

Attorney Bar Code: LR 3675

Form Rule7_1.pdf  SDNY Web 10/2007