UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WILLIAM S. WANAGO, M.D.,

        Plaintiff,

vs.                                                                          07 CV 9829 (LAK)

CVS CAREMARK CORPORATION,                       **NOTICE OF APPEARANCE**

        Defendant.
------------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

CVS CAREMARK CORPORATION

I certify that I am admitted to practice in this Court.

Dated: December 19, 2007

                                EDWARDS ANGELL PALMER
                                & DODGE, LLP

                                _____
                                John G. Stretton (JS1051)
                                jstretton@eapdlaw.com
                                EDWARDS ANGELL PALMER
                                & DODGE, LLP
                                301 Tresser Boulevard
                                Stamford, CT 06901
                                Tel: (203) 353-6844
                                Fax: (800) 232-0862
                                Attorneys for CVS Caremark Corporation

_241792_1.DOC/

## CERTIFICATE OF SERVICE

The foregoing Appearance was mailed, via first class mail, postage prepaid to:

Leonard A. Rodes, Esq.
TRACHTENBERG RODES & FRIEDBERG LLP
545 Fifth Avenue
New York, New York 10017
Telephone: (212) 972-2929
Attorneys for Plaintiff

this 19th day of December, 2007.

_____
John G. Stretton