EDWARDS ANGELL PALMER & DODGE, LLP
John G. Stretton (JS 1051)
Attorneys for Defendant
301 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 353-6844
Fax: (800) 232-0862

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WILLIAM S. WANAGO, M.D.,          :
                                  :
           Plaintiff,             :    07 CIV 9829 (LAK)
                                  :
   v.                             :
                                  :
CVS CAREMARK CORPORATION,         :    **STIPULATION AND ORDER**
                                  :
           Defendant.             :
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

    Pursuant to Fed.R.Civ.P. 15(a), it is hereby stipulated by and between the attorneys for the parties that Defendant have until January 27, 2008 to answer, object or otherwise respond to Plaintiff's Amended Complaint. This stipulation may be executed by fax and in counterparts.

Dated: Stamford, Connecticut
December 19, 2008 7

_____
John G. Stretton (JS 1051)
Edwards Angell Palmer & Dodge LLP
301 Tresser Boulevard
Stamford, Connecticut 06901
(203) 975-7505
Attorneys for Defendant

Dated: New York, New York
December 19, 2008

_____
Leonard A. Rodes (3675)
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue
New York, New York 10017
(212) 972-2929
Attorneys for Plaintiff

SO ORDERED:

_____
United States District Judge

__12/20/07__
Date

_stipulation complaint - CVS Caremark Wanago.DOC/