Edwards Angell Palmer & Dodge LLP
One Giralda Farms
Madison, NJ 07940
Telephone: (973) 520-2300
Facsimile: (973) 520-2600

750 Lexington Avenue
New York, NY 10022-1200
Telephone: (212) 308-4411
Facsimile: (212) 308-4844
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM S. WANAGO, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> CVS CAREMARK CORPORATION, <br><br> Defendant. | Civil Action No.:07-cv-9829(LAK) <br><br> **SUBSTITUTION OF ATTORNEY** |

The undersign consent to the withdrawal of John G. Stretton, Esq., and the substitution of Richard M. DeAgazio, Esq. as attorney for the defendant CVS Caremark Corporation in the above titled action.

EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant,
CVS Caremark Corporation

By: /s/ John G. Stretton
    John G. Stretton, Esq.
    Withdrawing Attorney
    Dated: January 9, 2008

EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant,
CVS Caremark Corporation

By: /s/ Richard M. DeAgazio
    Richard M.DeAgazio, Esq.
    Superseding Attorney
    Dated: January 9, 2008