EDWARDS ANGELL PALMER & DODGE LLP
Richard M. DeAgazio, Esq. (RD-6507)
One Giralda Farms
Madison, NJ 07940
Telephone: (973) 520-2300
Facsimile: (973) 520-2600
Attorneys for Defendant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM S. WANAGO, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> CVS CAREMARK CORPORATION, <br><br> Defendant. | Civil Action No.:07-cv-9829(LAK)(MHD) <br><br> **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant CVS Caremark Corporation, a publicly traded corporation, states as follows: CVS Caremark Corporation has no parent corporation, nor is there any publicly-held corporation that owns 10% or more of its stock.

          Respectfully submitted,

          EDWARDS ANGELL PALMER & DODGE, LLP
          One Giralda Farms
          Madison, New Jersey 07940
          Phone (973) 520-2300
          Fax (973) 520-2600
          Attorneys for Defendant

          */s/ Richard M. DeAgazio*
By:_____
          RICHARD M. DeAGAZIO (RD-6507)

Dated: January 28, 2008